UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: HEDRON HOLDINGS, LLC, *et al.*

CIVIL ACTION

NO.  22-205

SECTION M (4)

## ORDER

It has been brought to the Court's attention that the above-captioned matter is related to Civil Action No. 21-2295, *Talos Production Inc., et al. v. Triton Diving Services, LLC,* previously allotted to Section T of this Court.

Accordingly,

IT IS ORDERED that the above-captioned case is transferred to Section T (3) for further proceedings.

New Orleans, Louisiana, this 31st day of January, 2022.

TRANSFERRED TO
**SECT. T**
**MAG 3**
January 31, 2022

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE