UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE HEDRON HOLDINGS, LLC, AS OWNER, AND TRITON DIVING SERVICES, LLC AS BAREBOAT CHARTERER AND OWNER PRO HAC VICE OF D/B EPIC HEDRON PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.<br><br>2:22-CV-00205-GGG-DMD<br><br>JUDGE GUIDRY<br><br>MAG. JUDGE DOUGLAS |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel (R. Doc. 9):

IT IS ORDERED that the Motion to Enroll Additional Counsel of Record filed by Claimants, Andres Corona, Bobby Nelton, Carlos Quezeda, Darren Walker, Evan Plybon, Grant Luke, Jeremy McGuire, Lamarr Lewis, Mark Adkins, Michael Cooper, Nero Davis, Peter Little, Roberto Quezeda, Ronnie Matherne, Sean Varnado, Stefan Mueller, be and is hereby GRANTED. Accordingly, Dominick F. Impastato, III (Bar #29056) is enrolled as additional counsel of record for said Claimants.

New Orleans, Louisiana, this ___6th___ day of April, 2022.

_____
HONORABLE GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE