UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE HEDRON HOLDINGS, LLC, AS OWNER, AND TRITON DIVING SERVICES, LLC AS BAREBOAT CHARTERER AND OWNER *PRO HAC VICE* OF D/B EPIC HEDRON PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 2:22-CV-00205-GGG-DMD<br><br>SECTION: "T" (3)<br><br>JUDGE: GUIDRY<br><br>MAGISTRATE JUDGE: DOUGLAS |

### ORDER

Considering the foregoing Motion to Continue Scheduling Conference (R. Doc. 12);

IT IS HEREBY ORDERED that the Petitioners' Motion to Continue Scheduling Conference is GRANTED and the Scheduling Conference set for April 21, 2022, is continued. The Court's Case Manager will notice a new date and time for the Scheduling Conference.

New Orleans, Louisiana this 14th day of April 2022.

_____
JUDGE