UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: HEDRON HOLDINGS, LLC, ET AL | * * * * * | CIVIL ACTION NO.: 22-205<br><br>SECTION: T (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

It has come to the Court's attention that the subject matter of *Talos Production, Inc., et al v. Triton Diving Services, L.L.C.,* Civil Action No. 21-2295, is related to the above-captioned case, Civil Action No. 22-205.

Accordingly,

**IT IS ORDERED** that Civil Action 21-2295 be consolidated with the above-captioned matter. All pleadings hereafter filed in this consolidated proceeding shall bear the caption of the limitation of liability suit, *In Re: Hedron Holdings, LLC, et al,* Civil Action No. 22-205 Section "T" (3) together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel jointly to designate the documents necessary to the continued

litigation of the case and to file such designation and copies of the documents. The Clerk of Court is instructed to deliver a copy of this order to all counsel of record this date. The defendants, if and when served, may move to unconsolidate the actions, with good cause shown therefor.

    New Orleans, Louisiana, this __26th__ day of April, 2022.

                                       **GREG GERARD GUIDRY**
                                  **UNITED STATES DISTRICT JUDGE**