**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE HEDRON HOLDINGS, LLC, AS OWNER, AND TRITON DIVING SERVICES, LLC AS BAREBOAT CHARTERER AND OWNER *PRO HAC VICE* OF D/B EPIC HEDRON PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO. 22-205**<br><br>**SECTION "T" (3)** |

**ORDER**

Before the Court is a Motion for Leave to File an Answer and Claim Beyond the Deadline (Rec. Doc. No. 18), filed by claimants, Energy XXI GOM, LLC, EPL Oil & Gas, LLC and Arena Energy, LLC.

**IT IS ORDERED** that the **Motion for Leave to File an Answer and Claim Beyond the Deadline (Rec. Doc. No. 18)** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, June 8, 2022, at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 13th day of May, 2022.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**